UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JEROME GOMEZ,

                Defendant.

No. 16-CR-797 (LAP)

No. 20-CV-2445 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Jerome Gomez's motion [dkt. no. 151] requesting (1) an update of his address and (2) clarification regarding the status of his 28 U.S.C. § 2255 petition.  The request to update Mr. Gomez's address is GRANTED.  Mr. Gomez's § 2255 petition will be decided in due course.  A copy of this order shall be mailed to Mr. Gomez at his new address:

        Jerome Gomez
        Register No. 85515-054
        Federal Correction Institution
        33½ Pembroke Road
        Danbury, CT 06811

**SO ORDERED.**

Dated:     September 2, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1